Gerald MOISE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46582.

Missouri Court of Appeals,
Western District.

April 13, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 postconviction motion.

Judgment affirmed. Rule 84.16(b).